AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

United States Courts
Southern District of Texas
FILED
AUG 1 8 2005
Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
V.

Jorge Luis MALDONADO-Valencia
A200 037 681
AKA:   Jose Luis ARIAS
IAE
the United Mexican States   DOB: 1986

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   7:05-po-03551

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 30, 2005__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__ __(Misdemeanor)__
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jorge Luis MALDONADO-Valencia was encountered by Border Patrol Agents near McAllen, Texas, on August 17, 2005. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on July 30, 2005 by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_____
Signature of Complainant

**Ronnie Montemayor   Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 18, 2005**
Date

at **McAllen, Texas**
City and State

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer